UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    LAUREN F ENDRES  
    NANCY J ENDRES  
          Debtor(s)

Case No. 05-27850

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/13/2005.

2) The plan was confirmed on 09/19/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/02/2009.

5) The case was dismissed on 07/17/2009.

6) Number of months from filing to last payment: 43.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $14,350.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $14,350.00

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,100.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $630.38 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,730.38

Attorney fees paid and disclosed by debtor:   $600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACUTE CARE SPECIALIST | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST GLENOAKS MEDICAL CT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL RETAIL FINAN | Unsecured | 773.73 | 8,666.23 | 8,666.23 | 873.04 | 0.00 |
| AMERICASH LOANS | Unsecured | 148.71 | 148.71 | 148.71 | 14.88 | 0.00 |
| AMERICASH LOANS | Unsecured | 223.07 | NA | NA | 0.00 | 0.00 |
| ARTURO TOMAS MD | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED GASTROENTEROLOGY | Unsecured | 97.83 | NA | NA | 0.00 | 0.00 |
| AXCESS RCVRY & CREDIT SOLUTION | Unsecured | 336.00 | 618.75 | 618.75 | 62.33 | 0.00 |
| BHURJI SINGH MD | Unsecured | 23.20 | 66.81 | 66.81 | 6.69 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 611.15 | 987.27 | 987.27 | 99.46 | 0.00 |
| CAPITAL ONE BANK | Unsecured | NA | 697.71 | 697.71 | 70.29 | 0.00 |
| CAPITAL ONE BANK | Unsecured | NA | 539.11 | 539.11 | 54.22 | 0.00 |
| CBE GROUP | Unsecured | 71.48 | NA | NA | 0.00 | 0.00 |
| CENTRAL ILL RADIOLOGICAL ASSO | Unsecured | 58.94 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 223.50 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 339.00 | 339.00 | 339.00 | 34.15 | 0.00 |
| COMMUNITY HOSPITAL OTTAWA | Unsecured | 3,749.34 | NA | NA | 0.00 | 0.00 |
| CONVACARE SERVICES INC | Unsecured | 261.04 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 277.46 | NA | NA | 0.00 | 0.00 |
| CREDIT RECOVERY INC | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| CREDIT RECOVERY INC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 310.00 | 310.00 | 310.00 | 31.23 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 1,267.76 | NA | NA | 0.00 | 0.00 |
| FIRST SAVINGS CREDIT CARD | Unsecured | 543.99 | NA | NA | 0.00 | 0.00 |
| HARCOURT LEARNING DIRECT | Unsecured | 790.00 | NA | NA | 0.00 | 0.00 |
| HARRIS PUBLISHING | Unsecured | 95.56 | 95.56 | 95.56 | 9.57 | 0.00 |
| ILLINOIS CASH ADVANCE | Unsecured | 279.43 | NA | NA | 0.00 | 0.00 |
| ILLINOIS POWER | Unsecured | NA | 361.92 | 361.92 | 36.46 | 0.00 |
| MARSEILLES AMBULANCE | Unsecured | 82.07 | NA | NA | 0.00 | 0.00 |
| MCI TELECOMMUNICATIONS | Unsecured | 52.20 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NAPERVILLE RADIOLOGISTS | Unsecured | 82.62 | NA | NA | 0.00 | 0.00 |
| ONCOLOGY HEMATOLOGY ASSOC | Unsecured | 115.33 | NA | NA | 0.00 | 0.00 |
| ORTHO RX INC | Unsecured | 110.91 | NA | NA | 0.00 | 0.00 |
| OTTAWA MEDICAL CENTER | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| PATRICK WYFFELE MD | Unsecured | 98.50 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 424.41 | 424.41 | 424.41 | 42.69 | 0.00 |
| PROFESSIONAL & MEDICAL COLL | Unsecured | 74.60 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Unsecured | 257.74 | 252.74 | 252.74 | 25.40 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 9,235.51 | 9,235.51 | 9,235.51 | 930.39 | 0.00 |
| SCOOTER STORE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 355.00 | 347.23 | 347.23 | 34.98 | 0.00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS MEDICAL CTR | Unsecured | 536.17 | NA | NA | 0.00 | 0.00 |
| STREATOR ONIZED CREDIT UNION | Unsecured | NA | 2,277.20 | 2,277.20 | 229.41 | 0.00 |
| STREATOR ONIZED CREDIT UNION | Secured | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 999.20 |
| SUN FINANCE | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 648.00 | 648.00 | 648.00 | 65.23 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,000.00 | $8,000.00 | $999.20 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,000.00** | **$8,000.00** | **$999.20** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$26,016.16** | **$2,620.42** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,730.38 |
| Disbursements to Creditors | $11,619.62 |
| **TOTAL DISBURSEMENTS** : | **$14,350.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/15/2009     By: /s/ Glenn Stearns
                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**